UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/18/20
```

TARA JAMES .,

      **Plaintiff,**

-against-

NEW YORK CITY TRANSIT AUTHORITY, ET AL,

      **Defendants.**

19-cv-2372(ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The parties should submit a joint status report by June 24, 2020.

**SO ORDERED.**

Dated: June 18, 2020
   New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**