USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 6, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
**TARA JAWS,**

                              **Plaintiff,**

           -against-

**NEW YORK CITY TRANSIT
AUTHORITY ET AL,**

                             **Defendants.**

------------------------------------------------------------ x

19-CV-2372 (ALC) (KNF)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants request a pre-motion conference in anticipation of a motion for summary judgment. (ECF No. 28.) Plaintiff shall respond to Defendants' request by May 10, 2021.

**SO ORDERED.**

**Dated:  May 6, 2021**
        **New York, New York**

                                                      **ANDREW L. CARTER, JR.
                                                      United States District Judge**