USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 11, 2021

STEVE S. EFRON
ATTORNEY AT LAW
237 WEST 35TH STREET • SUITE 1502
NEW YORK, NEW YORK 10001

OF COUNSEL
RENEE L. CYR

TEL. (212) 867-1067
FAX. (212) 682-5958
SSEFRON@AOL.COM

June 10, 2021

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: James v. New York City Transit Authority
    19-cv-02372 (ALC)(KNF)

Dear Judge Carter:

This office represents the defendants in the referenced employment discrimination case. I am writing to request an extension of two weeks, from June 15 to June 29, 2021, in which to serve and file defendants' motion for summary judgment. This is a first request for an extension of time to file the motion and plaintiff's counsel, Mr. Van-Lare, has courteously offered his consent. A corresponding extension would move the due date for opposition papers to August 4, and for reply papers to August 11, 2021.

My co-counsel in this and other matters, Renee Cyr, underwent surgery on her hip earlier this week, expects to be hospitalized at least through tomorrow, June 11, and then transferred to a short term rehabilitation facility. This has placed a temporary strain on the ability of this office to meet current deadlines.

Defendants thank the Court for its consideration of this application.

Respectfully yours,

Steve S. Efron

SSE:s

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 11, 2021