UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TARA JAMES,

                     Plaintiff,

    -against-                                                  19 **CIVIL** 2372 (ALC)

                                                                          **JUDGMENT**

NEW YORK CITY TRANSIT AUTHORITY and
METROPOLITAN TRANSPORTATION
AUTHORITY,

                     Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Transit Authority's summary judgment motion is GRANTED as to all federal claims, and DECLINED to exercise supplemental jurisdiction over the remaining state law claims, dismissing them without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

           March 31, 2022

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                      **BY:**

                                                                    **Deputy Clerk**